AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CASEY FRUDAKIS <br><br> *Plaintiff(s)* <br> v. <br> ACCOUNTING SOLUTIONS FOR BUSINESS, INC., a Florida Profit Corporation, and TRACEY J. FIERRO, individually <br><br> *Defendant(s)* | Civil Action No. 8:26-cv-0498-SDM-NHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ACCOUNTING SOLUTIONS FOR BUSINESS, INC.
c/o REGISTERED AGENT
TRACEY J.FIERRO
2454 N. MCMULLEN BOOTH RD
BLDG D, SUITE 607
CLEARWATER, FL 33759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Michael Pierro, Jr. (Florida Bar No. 0013023)
CALCIANO PIERRO, PLLC
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 217-5400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Lauren White

Date:  February 24, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| CASEY FRUDAKIS<br><br>*Plaintiff(s)*<br>v.<br>ACCOUNTING SOLUTIONS FOR BUSINESS, INC., a Florida Profit Corporation, and TRACEY J. FIERRO, individually<br><br>*Defendant(s)* | Civil Action No. 8:26-cv-0498-SDM-NHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRACEY J. FIERRO
2454 N. MCMULLEN BOOTH RD
BLDG D, SUITE 607
CLEARWATER, FL 33759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Michael Pierro, Jr. (Florida Bar No. 0013023)
CALCIANO PIERRO, PLLC
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 217-5400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lauren White

Date:  February 24, 2026

*Signature of Clerk or Deputy Clerk*